01-15-00679-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC - 8 2015

CHRISTOPHER A. PRINE
CLERK ____

Another reminder.

Case - 2015 - 1064552 :

Kechinyere Franca Azuga

p.o.box 455

houston Texas 77001

court Rm-1

12 - 5 - 2015

ph - 713 - 741 - 7094

Apeallant-defendant :          vs:          Apeallee-plaintiff :

Kechinyere Franca Azuga                    houston housing authority

F. v. drive          and

To texas first court of apeal          irvington village apartment

301 fannin clerk's office                    Complex.

houston texas 77002.

Request for rescreening.

Request for my filing fee docu. purpors out, to be set for
rescreening hearing, either reminder.

Dear Texas first court of apeal,

I'm still looking forward to your court respond to my rescreening hearing request.

As I have file more than one rescreening hearing request for my case on my filing fee document purpors date to be set for hearing.

If your court want me to set this court date for this rescreening hearing on my filing fee document purpats oct to be heard, put it in writing.